UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNING MANAGEMENT GROUP, INC. PENSION PLAN AND/ OR 401K PROFIT SHARING PLAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GMAC MORTGAGE, CORELOGIC CORPORATION FIELD SERVICES,<br><br>　　　　Defendants. | Case No. CV 11-02342 DDP (RZx)<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>[Motion filed on 4/05/2011] |

　　Presently before the court is Defendant GMAC Mortgage LLC's Motion to Dismiss. Plaintiff Benning Management Group, Inc. Pension Plan and/ or 401K Profit Sharing Plan has not opposed the motion. Having read the parties' pleadings and considered the arguments therein, the court GRANTS Defendant's Motion to Dismiss and DISMISSES Plaintiff's complaint.

　　Plaintiff is the owner of the real property at issue located at 1735 Manzanita Park, Malibu, CA 90265. Plaintiff brought suit in Los Angeles Superior Court, alleging wrongful foreclosure, multiple violations of various California statutes, and numerous violations of the Real Estate Settlement Procedures Act, 12 U.S.C.

§ 2605(a) ("RESPA"). (See Pl's Declaration 1.) On March 18, 2011, Defendant removed Plaintiff's complaint to this court, alleging federal question and supplemental jurisdiction. (Def.'s Notice of Removal 2-3.) On April 5, 2011, GMAC Mortgage LLC filed the present Motion to Dismiss, which was scheduled for a hearing on May 9, 2011.

Pursuant to Local Rule 7-9, a party opposing a motion is required to file an opposition by no later than twenty-one days before the hearing. C.D. Cal. Local R. 7-9. Failure to file an opposition within the deadline may be deemed consent to granting the motion. C.D. Cal. Local R. 7-12. Therefore Plaintiff's opposition to Defendant's motion was due by April 26, 2011. As of the date of this Order, Plaintiff has not filed any response to Defendant's motion. Accordingly, the court regards Plaintiff's failure to oppose to be consent to granting GMC Mortgage LLC's motion.

The court therefore GRANTS Defendant's Motion to Dismiss.

IT IS SO ORDERED.

Dated: May 2, 2011

DEAN D. PREGERSON
United States District Judge